UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/17/2020___

HERMANN KUMA,

               Plaintiff,

         -against-

GREATER NEW YORK CONFERENCE OF
SEVENTH-DAY ADVENTIST CHURCH,
HENRY BERAS, ALONZO SMITH, and EARL
KNIGHT,

               Defendants.

19 Civ. 8484 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the pending motion to dismiss, the case management conference scheduled for March 23, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 17, 2020
      New York, New York

_____
      ANALISA TORRES
   United States District Judge