**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HERMANN KUMA,

                    Plaintiff,

-against-                              19 **CIVIL** 8484 (AT)

                                                **JUDGMENT**

GREATER NEW YORK CONFERENCE OF
SEVENTH-DAY ADVENTIST CHURCH,
HENRY BERAS, ALONZO SMITH, and EARL
KNIGHT,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 28, 2020, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           August 28, 2020

                                                                 **RUBY J. KRAJICK**
                                                               _____
                                                                 **Clerk of Court**
                                         **BY:**
                                                                 **Deputy Clerk**